421187

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 708 Federal Building**
**316 North Robert Street, St. Paul, MN 55101 (651) 848-1100**

**PETITION FOR ADMISSION PRO HAC VICE**

Case Number: 01-2147 JMR/FLN Case Title: Rebecca and Lance Oelmann v. Mayo Foundation and Mayo Clinic Rochester

Affidavit of Movant

I, Laura L. Enga, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Charles A. Coppola, an attorney admitted to practice in the Southern and Northern District of Iowa, but not admitted to the bar of this Court, who will be counsel for the Plaintiff Rebecca and Lance Oelmann in the case listed below. I am aware that the local rules of this court require that I participate in the presentation of this case listed below, and that I accept service of all papers.

| | | |
|---|---|---|
| [signature] | No. 257679 | Nov. 12, 2001 |
| Signature Laura L. Enga | MN Attorney License # | Date |

Affidavit of Proposed Admittee

I, Charles A. Coppola, am currently a member in good standing of the U.S. District Court for the Southern and Northern District of Iowa, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in this preparation and presentation of the matters listed below, and must accept service of all papers served.

| | | |
|---|---|---|
| CHARLES A. COPPOLA | [signature] | 11-20-01 |
| Type/Print Name | Signature | Date |

Attorney License Number: PK0000981
Law Firm Name and Address: Coppola, Sandre, McConville & Carroll, P.C., 2100 Westown Parkway, Suite 200, West Des Moines, IA 50265
Telephone: (515) 453-1055

Motion Granted: [signature] /lt NOV 30 2001
For the Court ~~Francis E. Dosal~~, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED NOV 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK