IN THE UNITED STATES DISTRICT COURT
OF THE STATE OF MINNESOTA

---

REBECCA L. OELMANN and
LANCE OELMANN

Plaintiffs,

v.

MAYO FOUNDATION and
MAYO CLINIC ROCHESTER,

Defendants.

Court File No. 01-CV-2147 JMR/FLN

**VOLUNTARY STIPULATION OF DISMISSAL AND ORDER FOR JUDGMENT OF DISMISSAL**

---

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that the same may be and is hereby dismissed on its merits with prejudice, but without costs or disbursements to any of the parties hereto of this action and the prior action, Civ. 00-2101 (PAM/SRN).

IT IS FURTHER STIPULATED that without further notice, the clerk of the above court may enter a judgment of dismissal with prejudice and upon the merits, and without costs or disbursements to any of the parties of the above captioned cases.

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

DATED: 2/6/02

BY ______________________

Laura L. Enga, I.D. No. 257679
Attorneys for Plaintiffs
1800 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064

FILED FEB 12 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED FEB 12 2002
DEPUTY CLERK'S INITIALS ______

FREDRIKSON & BYRON, P.A.

DATED: 2/5/02

BY ______________________
Thomas Fraser, I.D. No. 31641
Attorneys for Defendants
1100 International Centre
899 Second Avenue So.
Minneapolis, MN 55402-3397
(612) 347-7028
FAX: (612) 347-7077

**ORDER FOR JUDGMENT**
**OF DISMISSAL**

Pursuant to the Stipulation of Dismissal with Prejudice between the parties as indicated above,

IT IS HEREBY ORDERED that Judgment shall be entered dismissing Complaint on its merits with prejudice and without costs or disbursements between the parties from this action or any costs or disbursements from the prior action, Civ. File No. 00-2101.

BY THE COURT:

DATED: February 11, 2002

______________________
Honorable James M. Rosenbaum